**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6077

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

STEVEN LAMONT TURNER,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior
District Judge.  (7:00-cr-00079-JCT-1)

Submitted:  February 16, 2012      Decided:  February 23, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Lamont Turner, Appellant Pro Se. Anthony Paul Giorno,
Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Lamont Turner seeks to appeal the district court's order denying his motion for reconsideration of its order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). Because the district court lacked authority to consider Turner's motion for reconsideration, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the district court's order denying the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED